**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVE KIE CHANG, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> RFI ENTERPRISES, INC., <br><br> Garnishee. | NO. 2:18-MC-00047-RSL <br><br> (2:98-CR-00476-RMS-2) <br><br> **Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Steve Kie Chang, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee RFI Enterprises, Inc., filed its Answer on April 30, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Steve Kie Chang (Mr. Chang), was an active employee who was paid weekly.

After notification of the garnishment proceeding was mailed to the parties on or about April 17, 2018, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

CONTINUING GARNISHEE ORDER (*USA v. Steve Kie Chang & RFI Enterprises, Inc.*, 2:98-CR-00476-RSM-2 / 2:18-MC-00047-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS THEREFORE ORDERED as follows:

That the Garnishee, RFI Enterprises, Inc., shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor Steve Kie Chang, upon each period of time when Defendant/Judgment Debtor Chang is entitled to receive such funds; and (2) the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including the "Empower 401K EE contribution" plan and the "Empower Safe Harbor Match" plan, in the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Chang's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Chang's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Chang's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

**CONTINUING GARNISHEE ORDER (***USA v. Steve Kie Chang & RFI Enterprises, Inc.,* **2:98-CR-00476-RSM-2 / 2:18-MC-00047-RSL) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:98-CR-00476-RSM-2 and 2:18-MC-00047-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 21st day of August, 2018.

*/s/ Robert S. Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER (*USA v. Steve Kie Chang & RFI Enterprises, Inc.*, 2:98-CR-00476-RSM-2 / 2:18-MC-00047-RSL) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970