The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE KIE CHANG,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>RFI ENTERPRISES, INC.,<br><br>Garnishee. | NO. 2:18-MC-00047-RSL<br><br>(2:98-CR-0476-2)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that RFI Enterprises, Inc., is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v Steve Kie Chang. And RFI Enterprises, Inc.*, USDC#:2:18-MC-00047-RSL/2:98-CR-0476-2)1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 2nd day of July, 2020.

*[signature]*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

---

**ORDER TERMINATING GARNISHMENT PROCEEDING**
(*USA v Steve Kie Chang. And RFI Enterprises, Inc., U*SDC#:2:18-MC-00047-RSL/2:98-CR-0476-2)2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970